ORIGINAL

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2005 MAY -5 PH 2: 53

CLERK L. LaVictoria
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KEVIN C. HARMON,

    Plaintiff,

vs.

INNOMED TECHNOLOGIES, INC.;
and THOMAS J. WOOD,

    Defendants.

CIVIL ACTION NO. CV505-006

## ORDER

As the Court has entered a Confidentiality Order, the motions of Plaintiff and Defendant InnoMed Technologies, Inc., for entry of such an order are **DISMISSED**. (Doc. Nos. 36, 37.)

**SO ORDERED**, this 5th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:  5:05-cv-00006
Date Served:  May 6, 2005
Served By:    Sherry L. Taylor

Attorneys Served:

James D. Blitch IV, Esq.
Kenneth E. Futch Jr., Esq.
Matthew S. Jorgenson, Esq.
John E. Bumgartner, Esq.
Bradley J. Watkins, Esq.
James D. Hudson, Esq.
Stephen D. Milbrath, Esq.
Robert H. Thornburg, Esq.
Andrew H. Lakin, Esq.
Neal L. Conner Jr., Esq.

___ Copy placed in Minutes
_✓_ Copy given to Judge
_✓_ Copy given to Magistrate