KEVIN C. HARMON,

     Plaintiff,

vs.

INNOMED TECHNOLOGIES, INC.;
and THOMAS J. WOOD,

     Defendants.

:
:
:
:
:
:
:
:
:

CIVIL ACTION NO. CV505-006

## O R D E R

Defendant InnoMed Technologies, Inc. ("InnoMed") has filed a Motion to Compel Production of Documents from Plaintiff Kevin C. Harmon. (Doc. 57.) InnoMed seeks an order overruling Plaintiff's objections to InnoMed's Requests for Production Nos 139 - 148 and directing Plaintiff to produce the responsive documents. Plaintiff has filed a response to the Motion. After review, Plaintiff's objections are **overruled** and InnoMed's Motion to Compel is **GRANTED.** Plaintiff shall produce the responsive documents within ten (10) days of the date of this Order.

     **SO ORDERED**, this _10th_ day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)