# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -5 P 12: 36

CLERK _F. Valictorie_
SO. DIST. OF GA.

Kevin C. Harmon
_____
Plaintiff

v.

Thomas J. Wood, et al.
_____
Defendant

Case No. CV 505-6

Appearing on behalf of

InnoMed Technologies, Inc.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  5th  day of July , 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Wade W. Pearson

**Business Address:** Alston & Bird LLP
Firm/Business Name

1201 West Peachtree Street
Street Address

Atlanta    GA    30309
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2        City, State, Zip
404-881-7000          569289
Telephone Number (w/ area code)    Georgia Bar Number