IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KEVIN C. HARMON,

    Plaintiff,

vs.                            CIVIL ACTION NO. CV505-006

INNOMED TECHNOLOGIES, INC.;
THOMAS J. WOOD, and NASAL AIRE
TECHNOLOGIES, INC.,

    Defendants.

## ORDER

Defendant InnoMed Technologies, Inc., ("InnoMed") has filed a Motion to Strike Allegations of Disqualification. InnoMed cites to Plaintiff Kevin Harmon's ("Plaintiff") brief filed in opposition to its Motion to Amend. In this brief, Plaintiff's attorneys asserts that if the Court concludes that InnoMed's proposed counterclaim is permissible, InnoMed's counsel (Stephen D. Milbrath, Robert H. Thornburg, and the firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.) should be disqualified. InnoMed has moved to strike Plaintiff's contention and any related contention as improper. Plaintiff has filed a Response.

InnoMed's Motion to Strike Allegations of Disqualification (Doc. No. 61) is **DENIED** at this time. Should disqualification become a concern of the parties, after the filing of a proper motion, the Court will consider said motion at that time.

SO ORDERED, this 8th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

J. Blitch
J. Brown
N. Conner
S. Culpepper
P. Flinn
K. Futch
J. Hudson
M. Jorgenson
F. Kang
A. Lakin
S. Milbrath
J. Olson
J. Ossick
W. Pearson
A. Slutkin
P. Stein
J. Stephenson
R. Thornburg

CASE NO: CV505-6
DATE SERVED: 8/8/05
SERVED BY: slt

☐ Copy placed in Minutes
☐ Copy given to Judge
☑ Copy given to Magistrate